11-5273-cr
*United States v. Opoku-Agyemang*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand fourteen.

PRESENT:

JOSÉ A. CABRANES,
SUSAN L. CARNEY,
CHRISTOPHER F. DRONEY,
  *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

  *Appellee,*

  -v.-              No. 11-5273-cr

KOFI OPOKU-AGYEMANG,

  *Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR APPELLEE:**      RAJIT S. DOSANJH, Assistant United States Attorney, *for* Richard S. Hartunian, United States Attorney for the Northern District of New York, Syracuse, NY.

**FOR DEFENDANT-APPELLANT:**  STEVEN YUROWITZ, Newman & Greenberg, New York, NY.

1

Appeal from a judgment, entered December 16, 2011, of the United States District Court for the Northern District of New York (Thomas J. McAvoy, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Defendant Kofi Opoku-Agyemang ("Opoku") timely appeals his conviction and subsequent sentence on charges of possession of a stolen access device (here, credit card numbers) with intent to defraud, in violation of 18 U.S.C. §§ 1029(a)(3) and (b)(1) , and possession of images of United States currency with intent to defraud, in violation of 18 U.S.C. §§ 474(a) and 481.

Opoku challenges his conviction and sentence on numerous grounds. Specifically, Opoku argues that (1) the District Court erred by admitting evidence of his prior conviction; (2) his waiver of his right to counsel was not "knowing and intelligent"; (3) the evidence was insufficient to support a conviction on Count Two; (4) the District Court erred when it denied him a continuance to consult an expert and limiting his cross-examination of Government witnesses; (5) Opoku was not competent to represent himself at sentencing; and (6) his sentence was procedurally and substantively unreasonable.

We have reviewed the record and considered all of Opoku's arguments on appeal and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the District Court entered December 16, 2011.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court